IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MAURICE JACKSON, R-31861,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 14-cv-748-NJR |
| ) | |
| **V. SMITH,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This case was opened on June 30, 2014, when the Court received Plaintiff's civil rights complaint and exhibits (Doc. 1). The first page of the complaint indicates that it was scanned from Menard Correctional Center on June 24, 2014 (Doc. 1, p. 1). Upon review of the complaint filed in this action, as well as a letter filed in Plaintiff's related action, *Jackson v. Phoenix, et al.*, Case No. 14-cv-720-NJR (S.D. Ill., filed June 24, 2014) ("related action") (Doc. 1), it is clear that the instant pleading should have been filed as the complaint in the related action.

On June 27, 2014, this Court struck the complaint (Doc. 1, related action) originally filed in the related action, because it purported to bring criminal charges against two defendants and was unrelated to Plaintiff's claims of imminent danger described in his accompanying letter (Doc. 1-1, related action, later re-filed as Doc. 4, related action). Plaintiff was ordered to file a complaint within 35 days (Doc. 3). The document received by the Court in this action (Doc. 1, this action) on June 30, 2014, clearly appears to be the complaint that belongs in the related action.

Accordingly, the **CLERK** is **DIRECTED** to **CLOSE** this case. Further, the **CLERK** is **DIRECTED** to file the complaint (Doc. 1) in this action as the complaint in *Jackson v. Phoenix, et al.*, Case No. 14-cv-720-NJR (S.D. Ill., filed June 24, 2014).

**IT IS SO ORDERED.**

**DATED:  July 1, 2014**

Digitally signed by Nancy J Rosenstengel
Date: 2014.07.01 11:18:00 -05'00'

**Nancy J. Rosenstengel**
**United States District Judge**